# SMITH MAZURE
ATTORNEYS AT LAW

Smith Mazure Director Wilkins Young & Yagerman, P.C.

| Long Island Office: | | New Jersey Office: |
|---|---|---|
| 200 Old Country Road, Suite 590 | 111 John Street | 92 East Main Street, Suite 402 |
| Mineola, New York 11501 | New York, New York 10038 | Somerville, New Jersey 08876 |
| (516) 414-7400 | (212) 964-7400 | (908) 393-7300 |
| (516) 294-7325 Fax | Fax (212) 374-1935 | Fax (908) 231-1030 |

*Writer's Direct Dial:* (212) 485-8756　　　　　　　　　　　　　　　　　　*Please Respond to:*
jsimon@smithmazure.com　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY

July 12, 2019

Magistrate Judge Gary R. Brown
United States District Court, Eastern District of New York
United States Courthouse
100 Federal Plaza
P.O. Box 9014
Courtroom 840
Central Islip, NY 11722-9014

　　　　Re:　Jam Coins, Inc., David Weinstein v. PMA Companies, Pennsylvania Manufactueres'
　　　　　　 Association Insurance Company, PMA Insurance Group, Roundtop Insurance Group,
　　　　　　 North American Collectibles Association, Inc., John Doe 1-3, ABC Corp. 1-3
　　　　　　 Index No.　: 2:19-cv-00904 (JS) (GRB)
　　　　　　 D/L　　　　:
　　　　　　 Our File　 : PMA-00797

Dear Magistrate Brown:

　　　　As you are aware, this office represents defendants PMA Companies, Inc., i/s/h/a PMA Companies and Pennsylvania Manufactueres' Association Insurance Company i/s/h/a Pennsylvania Manufactueres' Association Company in reference to the instant matter.  At the current time, pursuant to the Court's prior order a conference has been scheduled before this Court on **September 10, 2019** at **11:00 a.m.**  Unfortunately, I have been advised that I am required to appear in Supreme Court, New York County on that same date for an oral argument on a very long awaited and complex insurance coverage litigation matter.  Both these appearances are matters which only the undersigned has the familiarity and/or expertise to handle.  As such, I respectfully request that the Court consent to a very short adjournment of the September 10th date.  The undersigned is available on any other date subsequent to September 10th in the month of September.  Obviously, if either the plaintiff or my co-defendant have any dates they are not available, I will comply with any reasonable requirements they may have.

Magistrate Judge Gary R. Brown
Page 2
July 12, 2019

      In addition, I would like to note that at this time we have received no responses to any demands previously served on plaintiff's counsel pertaining to discovery. While I do not believe that the deadline has yet passed for their compliance, I would note that it is necessary to hold off depositions until they have provided the requested items.

      Thank you for your cooperation

                                  Respectfully yours,

                                  SMITH MAZURE DIRECTOR WILKINS
                                  YOUNG & YAGERMAN, P.C.

                              By: _____
                                  JOEL M. SIMON

JMS/myw

cc:    **VIA ECF**

      Marin Goodman, LLP
      500 Mamaroneck Avenue,
      Suite 102
      Harrison, NY 10528
      (212) 661-11511(212) 661-1141 (F)
      Attorney for Defendant Roundtop Insurance Group

      Borce Martinoski, LLC
      75 Essex Street,
      Suite 220 Hackensack, NJ 07601
      (201) 343-7237/(201) 343-2727 (F)
      Attorney for Plaintiffs David Weinstein and Jam Coins Inc.

114